UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALIOUNE B. SECK,

    Petitioner,

                                         Case No. 4:04-cv-10

v.

                                         Hon. Wendell A. Miles

KENNETH T. MCKEE,

    Respondent.

_____/

JUDGMENT APPROVING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On July 17, 2006, United States Magistrate Judge Hugh W. Brenneman, Jr. issued a Report and Recommendation ("R & R") recommending that petitioner's application for habeas corpus relief be denied. No objections were filed to the R& R.

The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having reviewed the relevant portions of the file in this matter, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R. Therefore, the court hereby approves and adopts the R & R as the decision of the court.

IT IS HEREBY ORDERED that Petitioner's application for habeas corpus relief is denied.


Dated:  August 31, 2006                                                          /s/ Wendell A. Miles
                                                                                   Wendell A. Miles
                                                                                   Senior U.S. District Judge